In the Matter of the Estate of WILLIAM GRATZ, Deceased.
STELLA F. GRATZ et al., as Executors of WILLIAM GRATZ, Deceased,
Appellants; STATE TAX COMMISSION, Respondent.

Argued April 15, 1942; decided April 30, 1942.

*Samuel B. Seidel* and *Walter Frank* for appellants.

*Jerome M. Hirsch* and *Charles A. Jacobs* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.